(No. 73-CC-311—Claimant ▮▮▮▮▮)

WALTER A. MOEHLE, Claimant, *vs.* STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed August 27, 1973.*

WALTER A. MOEHLE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.